UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:15CV390

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **DEFAULT JUDGMENT,** |
| | ) | |
| v. | ) | **ENTRY OF JUDGMENT, AND** |
| | ) | |
| $21,670.00 IN UNITED STATES CURRENCY, | ) ) ) | **FINAL ORDER OF FORFEITURE** |
| Defendant. | ) | |

**THIS MATTER** is before the Court on motion of the United States for and Order directing Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2), and for Entry of Judgment and Final Order of Forfeiture pursuant to Federal Rule of Civil Procedure 58(a) and (b) and 18 U.S.C. ' 981, 18 U.S.C. ' 983 and 21 U.S.C. ' 881. For reasons stated in the Government=s Motion and no further response being necessary, the Motion is allowed.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Government=s Motion for Default Judgment, Entry of Judgment, and Final Order of Forfeiture against the **DEFENDANT PROPERTY**:

**$21,670.00 in United States Currency**

is hereby **GRANTED** and Judgment of Forfeiture is **ENTERED** in favor of the United States against all persons and entities in the world;

2. Any right, title and interest of all persons in the world in or to the Defendant Property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein;

3. The Unites States Marshal is hereby directed to dispose of the forfeited Defendant Property as provided by law.

Signed: November 16, 2015

Graham C. Mullen
United States District Judge